UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE P. WHITE,

                Plaintiff,

v.

MARIGRACE MILLER,

                Defendant.

No. 19-CV-668 (KMK)

ORDER OF SERVICE

---

KENNETH M. KARAS, United States District Judge:

Plaintiff, appearing pro se, brings this action under 42 U.S.C. § 1983, alleging that Defendant violated her constitutional rights. By order dated January 25, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis.

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See Walker v. Schult*, 717 F.3d. 119, 123 (2d Cir. 2013); 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). Rule 4(m) of the Federal Rules of Civil Procedure generally requires service of the summons and complaint to be completed within 90 days of the date the summons issues, and it is Plaintiff's responsibility to request, if necessary, an extension of time for service. *Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

To allow Plaintiff to effect service on Defendant Marigrace Miller through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this defendant.

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is further instructed to complete the USM-285 form with the addresses for Marigrace Miller and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated:   March 15, 2019
        White Plains, New York

                                        KENNETH M. KARAS
                                        United States District Judge

## DEFENDANT AND SERVICE ADDRESS

1. Marigrace Miller
   New York State Office of Children and Family Services
   97 Cross Road
   Goshen, New York 10924